liam J. Dempsey and Harold R. Schradzke for respondents. Reported below: 149 F. 2d 31.

No. 139. LEVINSON v. SPECTOR MOTOR SERVICE. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Mr. Richard S. Folsom* for petitioner. *Messrs. Harry J. Lurie* and *Roland Rice* for respondent.

No. 197. COMMISSIONER OF INTERNAL REVENUE v. CRAWFORD. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Acting Solicitor General Cox* for petitioner. *Messrs. Sidney D. Krystal* and *Oscar Moss* for respondent.

No. 292. ESTEP v. UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Hayden C. Covington* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 317. COMMISSIONER OF INTERNAL REVENUE v. TOWER. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Acting Solicitor General Judson* for petitioner. *Mr. Oscar E. Waer* for respondent.

Nos. 254 and 255. S. R. A., INC. v. MINNESOTA. October 8, 1945. Petitions for writs of certiorari to the Su-